STATE of Maine

v.

**Ashley B. CURTIS, Sr.**

Supreme Judicial Court of Maine.

Submitted on Briefs Sept. 12, 1988.

Decided Sept. 15, 1988.

R. Christopher Almy, Dist. Atty., Philip C. Worden, Asst. Dist. Atty., Bangor, for plaintiff.

Charles W. Hodsdon, II, Bangor, for defendant.

Before McKUSICK, C.J., and WATHEN, GLASSMAN, CLIFFORD and HORNBY, JJ.

MEMORANDUM OF DECISION.

Ashley B. Curtis, Sr., appeals from a judgment of the Superior Court (Penobscot County) following a jury trial finding him guilty on six counts of unlawful sexual contact. 17–A M.R.S.A. § 255(1)(C) (Supp. 1987). On the basis of all the evidence viewed in the light most favorable to the prosecution, the jury rationally could find beyond a reasonable doubt every element of the charged crimes. *See State v. Barry,* 495 A.2d 825, 826 (Me.1985).

The entry is:

JUDGMENT AFFIRMED.

All concurring.